ct98 06/2023

**United States Bankruptcy Court**
**District of Connecticut**

In re:
Rachael Cash

Debtor *

Case Number: 26-30940

Chapter: 13

**NOTICE OF INELIGIBILITY TO RECEIVE A CHAPTER 13 DISCHARGE**

Pursuant to 11 U.S.C. §1328(f)(1) the Court shall not grant a discharge in a Chapter 13 case if the Debtor(s) received a discharge in a case filed under Chapter 7, 11 or 12 commenced within 4 years before the date of this Chapter 13 case.

On November 20, 2025, the Debtor(s) filed a Chapter 7 case, 25-31093, and an Order of Discharge entered, see ECF No 33. This Chapter 13 case was filed on October 2, 2026, which is less than 4 years from the file date of the previous Chapter 7 case.

**ACCORDINGLY**, notice is hereby given the above named Debtor(s) may be ineligible for a discharge.

Dated: October 6, 2026

Pietro Cicolini
Clerk of Court